| | | |
|---|---|---|
| 1. | 5/18/2005 | Summons and Complaint |
| 2. | 5/18/2005 | Certificate of Compulsory Arbitration |
| 3. | 7/12/2005 | Answer to Complaint and Jury Demand (Defendant GM Corporation) |
| 4. | 7/12/2005 | Certificate of Compulsory Arbitration |
| 5. | 7/12/2005 | Motion to Dismiss and/or Stay (Defendant GM Corporation) |
| 6. | 7/14/2005 | Notice: Case Management Conference |
| 7. | 7/16/2005 | Answer to Complaint and Jury Demand (Defendant Alamo Rent A Car, LLC) |
| 8. | 7/18/2005 | Joinder to General Motors Corporation's Motion to Dismiss and or Stay (Defendant ANC Rental Corp.) |
| 9. | 7/29/2005 | Proof of Service (General Motors) |
| 10. | 8/8/2005 | Order - Notice: Motion to Dismiss and/or Stay |
| 11. | 8/18/2005 | Stipulation to Stay the Action (Defendant GM Corporation) |
| 12. | 2/2/2006 | Order – Case Management Conference |
| 13. | 1/24/2007 | Notice of Substitution of Attorney (Plaintiff) |
| 14. | 2/8/2007 | Order – Setting Case Management Conference |
| 15. | 4/11/2007 | Joint Stipulation and Request to Vacate April 9, 2007 Case Management Conference |
| 16. | 4/13/2007 | Order – Vacating Case Management Conference April 9, 2007 |
| 17. | 6/4/2007 | Minute Entry – Case Management Conference |
| 18. | 7/10/2007 | Minute Entry – Case Management Conference |
| 19. | 7/11/2007 | Rule 16 Joint Report |
| 20. | 7/18/2007 | Answer to Complaint and Jury Demand (Defendant Alamo Rent A Car, LLC) |
| 21 | 8/17/2007 | Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction (Defendant Jeon) |
| 22. | 8/17/2007 | Affidavit of G. Peter Spiess in Support of Defendant |
| 23. | 9/6/2006 | Minute Entry – Case Management Order |

| | | |
|---|---|---|
| 24. | 9/17/2007 | Order – Notice: Oral Argument Re: Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction |
| 25. | 9/25/2007 | Response to Defendant Jeon's Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction (Plaintiff) |
| 26. | 9/25/2007 | Request to Exceed Preliminary Limit on Interrogatories and Requests for Production of Documents (Plaintiff) |
| 27. | 9/27/2007 | Certification of Michael S. Kimm in Opposition to Defendant Jeon's Motion to Dismiss for Lack of Jurisdiction and Lack of Proper Service of Process |
| 28. | 9/28/2007 | Motion to Dismiss Claims by Decedent's Estate (Defendant General Motors Corporation) |
| 29. | 10/3/2007 | Objection by General Motors Corporation to Plaintiffs' Request to Exceed Preliminary Limit on Interrogatories and Requests for Production of Documents |
| 30. | 10/4/2007 | Joinder to Defendant General Motors Corporation's Motion to Dismiss Claims by Decedent's Estate (Defendant ANC Rental Corp.) |
| 31. | 10/5/2007 | Motion to Continue Oral Argument (Plaintiff) |
| 32. | 10/25/2007 | Joinder in General Motor Corporation's Motion to Dismiss (Defendant Jeon) |
| 33. | 10/25/2007 | Order – Vacating Oral Argument and Resetting Date |
| 34. | 10/25/2007 | Reply to Plaintiffs' Response to Defendant Jeon's Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction (Defendant Jeon) |
| 35. | 10/26/2007 | Motion to Continue Oral Argument Currently Set for November 6, 2007 (Defendant Jeon) |
| 36 | 10/30/2007 | Plaintiff's Brief in Opposition to Motion to Dismiss and Plaintiff's Cross Motion to Substitute Real Parties in Interest |
| 37. | 11/1/2007 | Order – Granting Defendant's Motion to Continue Oral Argument |
| 38. | 11/5/2007 | Notice of Service of Defendant Alamo Rent A Car, LLC's Initial Rule 26.1 Disclosure Statement |
| 39. | 11/8/2007 | Notice of Service of Discovery (Defendant GM Corporation) |
| 40. | 11/13/2007 | Motion to Appear Telephonically at November 28, 2007 Hearing |
| 41. | 11/14/2007 | Minute Entry – Affirming Date of November 28, 2007 for Oral Argument |

1473080-WE 1

| | | |
|---|---|---|
| 42. | 11/16/2007 | Reply in Support of Motion to Dismiss and Response to Plaintiffs' Cross Motion to Substitute Real Party Interest (Defendant General Motors Corporation) |
| 43. | 11/16/2007 | Order – For Defendant Alamo to Appear Telephonically at November 28, 2007 Hearing |
| 44. | 11/20/2007 | Joinder – ANC Rental Corp.'s Joinder to Defendant General Motors Corporation's Reply in Support of Motion to Dismiss and Response to Plaintiff's Cross Motion to Substitute Real Party In Interest and Motion to Disregard Affidavits of Michael S. Kimm and Sang Chul Lee |
| 45. | 11/21/2007 | Jointer – Defendant Hong-Jun Jeon's Joinder in General Motor Corporations Reply in Support of Motion to Dismiss and Response to Plaintiff's Cross Motion to Substitute Real Party in Interest and Joinder to Disregard Affidavits of Michael S. Kimm and Sang Chul Lee |
| 46 | 12/5/2007 | Minute Entry – Oral Argument on Pending Motions |
| 47 | 12/12/2007 | Submission of Additional Authority (Plaintiff) |
| 48 | 1/10/2008 | Motion to Associate Counsel Pro Hac Vice (Plaintiff) |
| 49 | 1/14/2008 | Order – Kim Sparano Shall be Allowed to Appear as Associate Counsel of Record Pro Hac Vice |
| 50. | 1/18/2008 | Notice of Service – Discovery Documents to Defendant General Motors Corp. |
| 51. | 1/24/2008 | Order – Denying Defendant Jeon's Motion to Quash Service and Dismiss for Lack of Personal Jurisdiction |
| 52. | 1/24/2008 | Order – Michael Kimm (Pro Hac Vice) Shall be Allowed to Appear As Lead Counsel for Plaintiffs |
| 53. | 1/24/2008 | Joint Opposition – Defendant's Joint Opposition to Plaintiffs' Motion to Associate Counsel Pro Hac Vice |
| 54. | 1/25/2008 | Order – Granting Defendant's (and co-joined Defendants) Motion to Dismiss (Applies to the Claims of Decedent's Estate Only) and Denying Plaintiff's Motion to Substitute Real Parties in Interest |
| 55. | 1/30/2008 | Notice of Service of Discovery to Plaintiffs (Defendant Alamo Rent A Car LLC) |
| 56. | 2/6/2008 | Reply to Defendants' Joint Opposition to Plaintiffs' Motion to Associate Counsel Pro Hac Vice (Plaintiff) |
| 57. | 2/20/2008 | Order – Denying Opposition to Appointment of Michael S. Kimm Pro Hac Vice |

| | | |
|---|---|---|
| 58. | 5/30/2008 | Motion for Extension of Time to Disclose Experts (Defendant General Motors Corporation) |
| 59. | 6/3/2008 | Joinder - Defendant Hong-Jun Jeon's Joinder to General Motor Corporation's Motion for Extension of Time to Disclose Experts |
| 60. | 6/23/2008 | Order – To Extend Time for Defendants to Disclose Experts |
| 61. | 7/25/2008 | Cross-Motion to Extend Time for Expert Discovery (Plaintiff) |
| 62. | 8/7/2008 | Order – Setting Case Management Conference |
| 63. | 9/9/2008 | Stipulation to Extend Deadlines |
| 64. | 9/9/2008 | Minute Entry – Re: Case Management Conference |
| 65. | 9/10/2008 | Order – Extending Deadlines |
| 66. | 9/10/2008 | Stipulation for Protective Order of Defendants General Motors Corporation and Alamo Rental (US) Inc. |
| 67. | 9/15/2008 | Protective Order of Defendants General Motors Corporation and Alamo Rental (US) Inc. |
| 68. | 9/19/2008 | Notice of Supplemental Appearance (Defendant Alamo Rent A Car LLC) |
| 69. | 9/29/2008 | Stipulation to Extend Deadlines (Defendant GM Corporation) |
| 70. | 10/8/2008 | Order to Extend Deadlines |
| 71. | 10/14/2008 | Notice of Service of Answer to Plaintiffs' Discovery (Defendant Alamo Rent A Car, LLC |
| 72. | 11/28/2008 | Joinder – ANC Rental Corp.'s Joinder to Defendant General Motor Corporation's Disclosure of Experts |
| 73. | 12/1/2008 | Joinder - Defendant Hong-Jun Jeon's in General Motor Corporation's Disclosure of Experts |
| 74. | 12/8/2008 | Stipulation of Extend Deadlines (Plaintiff) |
| 75. | 12/10/2008 | Order to Extend Deadlines |
| 76. | 12/22/2008 | Notice of Service of First Supplemental Disclosure Statement (Defendant Alamo Rent A Car, LLC) |
| 77. | 1/12/2009 | Minute Entry – Re: Case Management Conference |
| 78. | 3/17/2009 | Minute Entry – Re: Case Management Conference |

| | | |
|---|---|---|
| 79. | 4/17/2009 | Notice of Motion to Secure and Preserve Hair Sample (Plaintiff) |
| 80. | 5/18/2009 | Response to Plaintiffs' Notice of Motion and Affidavit to Preserve Hair Sample (Defendant General Motors Corporation) |
| 81. | 5/25/2009 | Joinder – Defendant Hong-Jun Jeon's Joinder in General Motor Corporation's Response to Plaintiffs' Notice of Motion and Affidavit to Preserve Hair Sample |
| 82. | 5/22/2009 | Joinder – ANC Rental Corp.'s Joinder to Defendant General Motors Corporation's Response to Plaintiffs' Notice of Motion and Affidavit to Preserve Hair Sample |
| 83. | 6/5/2009 | Reply – Plaintiff's Reply in Further Support of Motion to Preserve Hair Sample |
| 84. | 6/10/2009 | Notice of Bankruptcy (Defendant GM Corporation) |
| 85. | 5/18/2011 | Notice of Placement on Inactive Calendar for Pending Dismissal |
| 86. | 5/24/2011 | Motion to Place Case on Active Calendar (Plaintiff) |
| 87. | 6/13/2011 | Response and Objection to Plaintiffs' Motion to Place Case on Active Calendar (Defendant Hong-Jun Jeon) |
| 88. | 6/10/2011 | Order – Reassignment to Judge Joseph J. Lodge |
| 89 | 6/21/2011 | Reply – to Response and Objection to Plaintiffs' Motion to Place Case on Active Calendar (Plaintiff) |
| 90. | 7/28/2011 | Minute Entry – Order This Matter Shall Remain on the Active Calendar |
| 91. | 6/30/2011 | Order – Setting Status Conference |
| 92. | 7/28/2011 | Minute Entry – Ordered Matter Shall Remain on the Active Calendar |
| 93. | 7/27/2011 | Order – Matter Will Remain "Stayed" but on the Active Calendar |

1473080-WE 1