# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 17, 2011

Clerk of Court,
Coconino County Superior Court
200 N. San Francisco St.
Flagstaff, AZ 86001

**RE:**      **REMAND TO COCONINO COUNTY SUPERIOR COURT**

**District Court Case Number:  CV-11-8135-PCT-DGC**

**Superior Court Case Number: CV2005-0307**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on November 17, 2011, remanding the above case to Coconino County Superior Court for the State of Arizona.

   Sincerely,

   RICHARD H. WEARE, DCE/CLERK OF COURT


   /L. Dixon
   Deputy Clerk

Enclosure
cc: all counsel/file

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*